## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JLG INDUSTRIES, INC.,

          Plaintiff,

    v.

LINGONG GROUP JINAN HEAVY
MACHINERY CO., LTD.; LGMG
NORTH AMERICA INC.; and
NATIONAL TRUCK BODY
SOLUTIONS, INC.,

          Defendants.

Case No. 1:19-cv-00186 MWB

## CONSENT MOTION TO DISMISS WITH PREJUDICE

Pursuant to the terms of settlement agreed to by all parties, and with the Defendants' consent, Plaintiff, JLG Industries, hereby moves to dismiss with prejudice all claims asserted in the Complaint against all Defendants.

Respectfully submitted, this 17th day of September 2019.

/s/ Bridget E. Montgomery
Bridget E. Montgomery, Esquire (PA 56105)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, PA  17101
Tel.: 717.237.6054
Fax: 717.237.6019
Email:  bmontgomery@eckertseamans.com

*Attorneys for Plaintiff, JLG Industries, Inc.*

{L0831427.1}

CONSENTED TO BY:

*/s/Kevin J. Mangan*
Kevin Mangan, Esquire (PA 56507)
Email: kevin.mangan@wbd-us.com
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 252-4320
Fax: (302) 252-4330

*Counsel for Defendants, Lingong Group*
*Jinan Heavy Machinery Co., Ltd., LGMG*
*North America Inc., and National Truck*
*Body Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2019, I caused the foregoing to be served on counsel of record for the Defendants via this Court's ECF system and electronic mail as follows:

Kevin Mangan (PA 56507)
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
kevin.mangan@wbd-us.com

/s/ Bridget E. Montgomery
Bridget E. Montgomery, Esquire