# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JLG INDUSTRIES, INC.,

       Plaintiff,

  v.

LINGONG GROUP JINAN HEAVY
MACHINERY CO., LTD.; LGMG
NORTH AMERICA INC.; and
NATIONAL TRUCK BODY
SOLUTIONS, INC.,

       Defendants.

Case No. 1:19-cv-00186 MWB

## <u>ORDER</u>

**AND NOW**, this ___18th___ day of September, 2019, upon consideration of the Motion to Dismiss, it is hereby ORDERED that said Motion is GRANTED. All claims asserted in the Complaint against all Defendants are hereby DISMISSED with prejudice.

*s/ Matthew W. Brann*
The Honorable Matthew W. Brann